UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

APL MICROSCOPIC, LLC et al.,

                             Plaintiffs,

      -against-

PIXELS.COM, LLC et al.,

                             Defendants.

------------------------------------- x

ORDER

20 Civ. 4735 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference is adjourned from November 4, 2020 to January 27, 2021 at 9:30 am.

Dated: New York, New York
       October 29, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge