UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

APL MICROSCOPIC, LLC et al.,

                            Plaintiffs,

      -against-

PIXELS.COM, LLC et al.,

                            Defendants.

------------------------------------- x

JAN 0 7 2021

ORDER

20 Civ. 4735 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The January 27, 2021 initial conference is canceled. Oral argument on Defendants' motion to dismiss, (ECF No. 29), is scheduled for March 24, 2021 at 10:30 am.

Dated: New York, New York
       January 7, 2021

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge