UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
APL MICROSCOPIC, LLC et al.,

                        Plaintiffs,

    -against-

PIXELS.COM, LLC et al.,

                        Defendants.
------------------------------------- x

20 Civ. 4735 (GBD)

ORDER

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: JAN 26 2021*

GEORGE B. DANIELS, United States District Judge:

    Oral argument on Defendants' motion to dismiss, (ECF No. 29), is adjourned from March 24, 2021 to April 14, 2021 at 10:30 am.

Dated: New York, New York
          January 26, 2021

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge