**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

APL MICROSCOPIC, LLC et al.,

                        Plaintiffs,

      -against-

PIXELS.COM, LLC et al.,

                        Defendants.

------------------------------------- x

ORDER

20 Civ. 4735 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Oral argument on Defendants' motion to dismiss, (ECF No. 29), is adjourned from April 14, 2021 to April 28, 2021 at 11:30 am.

Dated: New York, New York
       April 1, 2021

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      United States District Judge