USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 3 0 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

APL MICROSCOPIC, LLC and
ANDREW PAUL LEONARD,

                Plaintiffs,

-against-

PIXELS.COM, LLC and TIME
USA, LLC,

                Defendants.

------------------------------------- x

ORDER

20 Civ. 4735 (GBD)

GEORGE B. DANIELS, District Judge:

For the reasons stated on the record at the April 28, 2021 oral argument, Defendant's motion to dismiss the Amended Complaint, (ECF No. 29), is GRANTED. The Clerk of Court is directed to close the motion at ECF No. 29.

Plaintiff may submit a letter application for leave to amend the Amended Complaint, attaching the proposed amended complaint, within thirty (30) days of the oral argument, if amendment would not be futile. Defendants shall have two (2) weeks to oppose Plaintiffs' letter application.

Dated: April 29, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE