UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

APL MICROSCOPIC, LLC AND
ANDREW PAUL LEONARD,

                              Plaintiffs,         :      ORDER

      -against-                                       20 Civ. 4735 (GBD)

PIXELS.COM, LLC AND TIME
USA, LLC,

                              Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    In light of this Court's Order, (ECF No. 29), granting Defendant's Motion to Dismiss the Amended Complaint, (ECF No. 19), and Plaintiff's failure to submit a letter application for leave to amend the Amended Complaint within thirty (30) days thereof, the Clerk of the Court is hereby ORDERED to close the motion at ECF No. 19 and this case.

Dated: New York, New York
       August 10, 2021

                                                    SO ORDERED.

                                                    *[signature]*
                                                    GEORGE B. DANIELS
                                                     United States District Judge