UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**Case No. 1:20-cv-04735-GBD**

APL MICROSCOPIC, INC., AND
ANDREW PAUL LEONARD,

Plaintiffs,

v.

PIXELS. COM, LLC, AND
TIME USA, LLC,

Defendants



## PROPOSED JUDGEMENT AND ORDER CLOSING CASE

It is hereby **ORDERED, ADJUDGED AND DECREED**: that for the reasons stated in

the Court's Order dated August 10, 2021 Defendants' motion to dismiss is granted in its entirety;

accordingly, the case is closed.

Dated: **SEP 2 8 2021**

George B. Daniels
United States District Judge